IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:05cr248-V

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JOHN REID PERKINS, JR. | ) | |

**THIS MATTER** is before the Court upon Defendant's Motion For Reconsideration Of Motion To Continue the sentencing hearing scheduled for the 16 April 2007 sentencing term in the Statesville Division. For the reasons stated in Defendant's motion, the Court finds that good cause has been shown to continue this matter.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for a continuance is **GRANTED**. The hearing is hereby continued from the April 2007 sentencing term in the Statesville Division to the next available term in the Statesville Division.

Signed: April 13, 2007

Richard L. Voorhees
United States District Judge