**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.5:05cr248-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **JOHN REID PERKINS, JR.** | ) | |
| | ) | |

THIS MATTER is before the Court's own Motion To Continue Sentencing Date scheduled for August 7, 2007 in the Statesville Division. For the reasons given to this Court, namely, that defense counsel needs to appear in State Court the week of August 6, 2007, the Court finds that good cause has been shown to continue this matter.

IT IS, THEREFORE, ORDERED that a continuance is GRANTED. The hearing is hereby continued from August 7, 2007 sentencing term in the Statesville Division to the Setpember 10, 2007 term in the Statesville Division. Further, this will be the **final** continuance in this case.

Signed: August 2, 2007

Richard L. Voorhees
United States District Judge