UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:05-cr-00248-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOHN REID PERKINS JR., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Credit Restitution. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Credit Restitution (#48) is DENIED without prejudice as non-justiciable. Defendant may refile such motion upon a showing that he has met and conferred with the government and that his attempts at administrative resolution of this issue have been exhausted.

Signed: August 29, 2014

Max O. Cogburn Jr.
United States District Judge