UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00187-MOC
[consolidated with 5:05cr248-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOHN REID PERKINS JR., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendants' Amended Notice of Appeal of Detention Order (#21) herein and Amended Notice of Appeal of Detention Order (#59) in 5:05cr248.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Amended Notice of Appeal of Detention Order (#21) in this matter and Amended Notice of Appeal of Detention Order (#59) in 5:05cr248 shall be noticed for hearing at the conclusion of calendar call on September 15, 2014, in Charlotte. Defendant's Motion to Credit Restitution (#48) filed in 5:05cr248 on October 11, 2011, is **DENIED** without prejudice as abandoned

Signed: August 29, 2014

Max O. Cogburn Jr.
United States District Judge